■ Fareway Heights, Inc., Respondent, v Randon P. Hillock et al., Doing Business as Hidden Oaks Subdivision, Appellants, et al., Defendant. (Appeal No. 2.) [752 NYS2d 572]

It is hereby ordered that said appeal be and the same hereby is unanimously dismissed without costs (*see Smith v Catholic Med. Ctr. of Brooklyn & Queens*, 155 AD2d 435; *see also* CPLR 5501 [a] [1], [2]). Present—Pigott, Jr., P.J., Green, Pine, Hayes and Gorski, JJ.